LOUIS B. BERLEY, Respondent, v. L. K. S. HOLDING CORPORATION and 6801–19TH AVENUE CORPORATION, Appellants.— Order requiring defendants to furnish an undertaking for the payment of $7,275, and directing that upon the giving thereof the further execution of writ of replevin be stayed, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

BLUMBERG'S SONS, INC., Respondent, v. HAMRE HOMES, INC., and ALFRED E. ROTHENBERG, Appellants, and Others, Defendants.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

WILLIAM F. CAREY, Appellant, v. LOFT, INC., and Others, Respondents, and Others, Defendants.— Order denying plaintiff's motion to require the defendants to transfer certain stock upon the books of the corporation reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The plaintiff, as pledgor, was entitled to have the " Street Certificates " transferred upon the books of the company. Doing so could not jeopardize any rights of the pledgee, which had a power of attorney, to indorse immediately, upon such transfer, the new certificate in blank on behalf of the plaintiff and thereby fully preserve its rights in the stock, as collateral for the loan it made to the plaintiff. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

THE CHAUNCEY REAL ESTATE COMPANY, LIMITED, and ROBERT W. FREESTONE, Respondents, v. JOHN ARATA, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.